# Exhibit 2

CLOSED,REF_DISCOV,WCT

# U.S. District Court
## Southern District of Florida (Miami)
### CIVIL DOCKET FOR CASE #: 1:15-cv-20788-PAS

MSP Recovery, LLC v. Allstate Insurance Company
Assigned to: Judge Patricia A. Seitz
Referred to: Magistrate Judge William C. Turnoff
Case in other court: 11th Judicial Circuit in and for Miami-Dade County, 14-15221-CC-25
Cause: 28:1441 Notice of Removal

Date Filed: 02/25/2015
Date Terminated: 11/02/2015
Jury Demand: Plaintiff
Nature of Suit: 151 Contract: Recovery Medicare
Jurisdiction: Federal Question

**Plaintiff**

**MSP Recovery, LLC**     represented by     **John Hasan Ruiz**
Law Offices of La Ley con John H. Ruiz
5000 SW 75th Ave
Suite 400
Miami, FL 33155
305-614-2222
Fax: 866-582-0907
Email: jruiz@msprecovery.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Frank Carlos Quesada**
MSP Recovery Law Firm
5000 SW 75th Avenue, Suite 400
Suite 400
Miami, FL 33155
305-614-2222
Fax: 866-582-0907
Email: fquesada@msprecovery.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Allstate Insurance Company** | represented by | **Rachel Marie La Montagne**<br>Shutts & Bowen LLP<br>200 South Biscayne Blvd.<br>Suite 4100<br>Miami, FL 33131<br>305 358 6300<br>Fax: 305 381 9982<br>Email: rlamontagne@shutts.com<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 02/25/2015 | 1 | NOTICE OF REMOVAL (STATE COURT COMPLAINT) Filing fees $ 400.00 receipt number 113C-7504372, filed by Allstate Insurance Company. (Attachments: # 1 Exhibit A, # 2 Civil Cover Sheet)(La Montagne, Rachel) Modified by Sealing [1-1] per 29 Order on 9/22/2015 (nc). (Entered: 02/25/2015) |
| 02/25/2015 | 2 | Judge Assignment to Judge Patricia A. Seitz (bb) (Entered: 02/26/2015) |
| 02/25/2015 | 3 | Clerks Notice pursuant to 28 USC 636(c). Parties are hereby notified that the U.S. Magistrate Judge William C. Turnoff is available to handle any or all proceedings in this case. If agreed, parties should complete and file the attached form. (bb) (Entered: 02/26/2015) |
| 03/03/2015 | 4 | MOTION TO DISMISS 1 Notice of Removal (State Court Complaint) FOR FAILURE TO STATE A CLAIM by Allstate Insurance Company. Responses due by 3/20/2015 (La Montagne, Rachel) (Entered: 03/03/2015) |
| 03/10/2015 | 5 | Notice of Pendency of Other Action by MSP Recovery, LLC (Ruiz, John) (Entered: 03/10/2015) |
| 03/16/2015 | 6 | Order Requiring Joint Scheduling Report -Joint Scheduling Report due by 4/17/2015 Signed by Judge Patricia A. Seitz on 3/16/2015. (tp) (Entered: 03/16/2015) |
| 03/20/2015 | 7 | NOTICE by MSP Recovery, LLC *of Filing Amended Complaint* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 |

| | | |
|---|---|---|
| | | Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G) (Ruiz, John) (Entered: 03/20/2015) |
| 03/26/2015 | 8 | ORDER denying as moot 4 Motion to Dismiss for Failure to State a Claim. Signed by Judge Patricia A. Seitz on 3/26/2015. (lk) (Entered: 03/26/2015) |
| 03/31/2015 | 9 | MOTION TO DISMISS 7 Notice (Other) FOR FAILURE TO STATE A CLAIM *as to the Amended Complaint* by Allstate Insurance Company. Responses due by 4/17/2015 (La Montagne, Rachel) (Entered: 03/31/2015) |
| 04/17/2015 | 10 | RESPONSE in Opposition re 9 MOTION TO DISMISS 7 Notice (Other) FOR FAILURE TO STATE A CLAIM *as to the Amended Complaint* filed by MSP Recovery, LLC. Replies due by 4/27/2015. (Attachments: # 1 Exhibit A)(Ruiz, John) (Entered: 04/17/2015) |
| 04/21/2015 | 11 | (STRICKEN PER ORDER DE # 13)SCHEDULING REPORT - **Rule 26(f)** by MSP Recovery, LLC (Ruiz, John)Text Modified on 4/27/2015 (cqs). (Entered: 04/21/2015) |
| 04/24/2015 | 12 | REPLY to Response to Motion re 9 MOTION TO DISMISS 7 Notice (Other) FOR FAILURE TO STATE A CLAIM *as to the Amended Complaint* filed by Allstate Insurance Company. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(La Montagne, Rachel) (Entered: 04/24/2015) |
| 04/27/2015 | 13 | ORDER STRIKING 11 Joint SCHEDULING REPORT - Rule 26(f)/16.1 filed by MSP Recovery, LLC, ( -Joint Scheduling Report due by 5/11/2015) Signed by Judge Patricia A. Seitz on 4/27/2015. (cqs) (Entered: 04/27/2015) |
| 05/11/2015 | 14 | SCHEDULING REPORT - **Rule 16.1** by MSP Recovery, LLC (Ruiz, John) (Entered: 05/11/2015) |
| 06/24/2015 | 15 | ORDER granting 9 Motion to Dismiss for Failure to State a Claim. Second Amended Complaint due by 7/10/2015. Amended Joint Scheduling Report due by 8/21/2015. Signed by Judge Patricia A. Seitz on 6/24/2015. (cqs) Modified text/deadlines per PDF on 6/24/2015 (wc). (Entered: 06/24/2015) |
| 06/24/2015 | 16 | Clerks Notice of Docket Correction re 15 Order on Motion to Dismiss for Failure to State a Claim. **Docket Text Modified** by Clerk to reflect deadlines indicated in the PDF. See PDF for correct deadlines. (wc) (Entered: 06/24/2015) |
| 07/10/2015 | 17 | |

|  |  |  |
|---|---|---|
|  |  | MOTION for Extension of Time To File Second Amended Complaint re 15 Order on Motion to Dismiss for Failure to State a Claim, by MSP Recovery, LLC. Responses due by 7/27/2015 (Ruiz, John) (Entered: 07/10/2015) |
| 07/10/2015 | 18 | ORDER granting 17 Motion for Extension of Time. Amended Pleadings due by 7/20/2015. Signed by Judge Patricia A. Seitz on 7/10/2015. (lk) (Entered: 07/13/2015) |
| 07/21/2015 | 19 | Second AMENDED COMPLAINT against All Defendants filed in response to Order Granting Motion for Leave, filed by MSP Recovery, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(Quesada, Frank) Modified by Sealing [19-3],[19-4],[19-5],and [19-6] per 29 Order on 9/22/2015 (nc). (Entered: 07/21/2015) |
| 07/29/2015 | 20 | MOTION TO DISMISS 19 Amended Complaint, FOR FAILURE TO STATE A CLAIM by Allstate Insurance Company. Responses due by 8/17/2015 (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(La Montagne, Rachel) (Entered: 07/29/2015) |
| 08/17/2015 | 21 | RESPONSE in Opposition re 20 MOTION TO DISMISS 19 Amended Complaint, FOR FAILURE TO STATE A CLAIM filed by MSP Recovery, LLC. Replies due by 8/27/2015. (Ruiz, John) (Entered: 08/17/2015) |
| 08/21/2015 | 22 | AMENDED JOINT DISCOVERY REPORT AND SCHEDULING REPORT - **Rule** by MSP Recovery, LLC (Ruiz, John)Text Modified on 8/21/2015 (cqs). (Entered: 08/21/2015) |
| 08/25/2015 | 23 | REPLY to Response to Motion re 20 MOTION TO DISMISS 19 Amended Complaint, FOR FAILURE TO STATE A CLAIM filed by Allstate Insurance Company. (La Montagne, Rachel) (Entered: 08/25/2015) |
| 08/31/2015 | 24 | ORDER Setting Trial Date, Pretrial Deadlines and Referral To Magistrate: ( Pretrial Conference set for 6/21/2016 10:00 AM before Judge Patricia A. Seitz., Jury Trial set for 7/11/2016 before Judge Patricia A. Seitz., Calendar Call set for 7/6/2016 01:15 PM before Judge Patricia A. Seitz., Discovery due by 1/22/2016., In Limine Motions due by 6/21/2016., Dispositive Motions due by 2/22/2016., Pretrial Stipulation due by 6/21/2016.), ORDER REFERRING CASE to Magistrate Judge William C. Turnoff for Discovery Matters Signed by Judge Patricia A. Seitz on 8/31/2015. (cqs) (Entered: 08/31/2015) |

| 08/31/2015 | 25 | ORDER REFERRING CASE to Mediation. Mediation Deadline 4/1/2016. Signed by Judge Patricia A. Seitz on 8/31/2015. (cqs) (Entered: 08/31/2015) |
| --- | --- | --- |
| 08/31/2015 | 26 | MOTION to Seal Docket Filings by MSP Recovery, LLC (nc) (Additional attachment(s) added on 8/31/2015: # 1 Exhibit) (nc). (Entered: 08/31/2015) |
| 09/02/2015 | 27 | Notice of Supplemental Authority re 20 MOTION TO DISMISS 19 Amended Complaint, FOR FAILURE TO STATE A CLAIM by Allstate Insurance Company (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C) (La Montagne, Rachel) (Entered: 09/02/2015) |
| 09/14/2015 | 28 | AMENDED Order Setting Trial DAte and Pretrial Deadlines and Referral To Magistrate Judge: Pretrial Conference set for 6/21/2016 10:00 AM before Judge Patricia A. Seitz. Jury Trial set for 7/11/2016 before Judge Patricia A. Seitz. Calendar Call set for 7/6/2016 01:15 PM in Miami Division before Judge Patricia A. Seitz. Discovery due by 1/22/2016. In Limine Motions due by 6/7/2016. Dispositive Motions due by 2/22/2016. Pretrial Stipulation due by 6/7/2016. Signed by Judge Patricia A. Seitz on 9/11/2015. (cqs) (Entered: 09/14/2015) |
| 09/22/2015 | 29 | ORDER Granting In Part 26 Motion to Seal Docket Filings by MSP Recovery, LLC. The Clerk is directed to Seal DE-[1-1],[19-3],[19-4],[19-5], and [19-6]. By October 1, 2015, Plaintiff shall file redacted versions of each document in the record. Signed by Judge Patricia A. Seitz on 9/22/2015. (See Order for full details) (nc) (Entered: 09/22/2015) |
| 09/22/2015 | 30 | CLERK'S NOTICE of Compliance by Sealing [1-1],[19-3],[19-4],[19-5], and [19-6] pursuant to 29 Order. (nc) (Entered: 09/22/2015) |
| 09/24/2015 | 31 | Notice of Supplemental Authority re 20 MOTION TO DISMISS 19 Amended Complaint, FOR FAILURE TO STATE A CLAIM by Allstate Insurance Company (Attachments: # 1 Exhibit A) (La Montagne, Rachel) (Entered: 09/24/2015) |
| 10/01/2015 | 32 | ORDER Requiring Compliance With Prior Order, ( Miscellaneous Deadline 10/13/2015.) Signed by Judge Patricia A. Seitz on 10/1/2015. (cqs) (Entered: 10/01/2015) |
| 10/01/2015 | 33 | NOTICE by MSP Recovery, LLC re 29 Order on Motion to Seal, *of Filing Redacted Version of DE-1-1* (Attachments: # 1 Attachment) (Ruiz, John) (Entered: 10/01/2015) |

| | | |
|---|---|---|
| 10/01/2015 | 34 | NOTICE by MSP Recovery, LLC re 29 Order on Motion to Seal, *of Filing Redacted Version of DE-19-3* (Attachments: # 1 Attachment)(Ruiz, John) (Entered: 10/01/2015) |
| 10/01/2015 | 35 | NOTICE by MSP Recovery, LLC re 29 Order on Motion to Seal, *of Filing Redacted Version of DE-19-4* (Attachments: # 1 Attachment)(Ruiz, John) (Entered: 10/01/2015) |
| 10/01/2015 | 36 | NOTICE by MSP Recovery, LLC re 29 Order on Motion to Seal, *of Filing Redacted Version of DE-19-5* (Attachments: # 1 Attachment)(Ruiz, John) (Entered: 10/01/2015) |
| 10/01/2015 | 37 | NOTICE by MSP Recovery, LLC re 29 Order on Motion to Seal, *of Filing Redacted Version of DE-19-6* (Attachments: # 1 Attachment)(Ruiz, John) (Entered: 10/01/2015) |
| 10/06/2015 | 38 | ORDER granting 20 Motion to Dismiss. Amended Pleadings due by 10/13/2015. Signed by Judge Patricia A. Seitz on 10/6/2015. (cqs) (Entered: 10/06/2015) |
| 10/13/2015 | 39 | MOTION for Extension of Time Third Amended Complaint re 38 Order on Motion to Dismiss for Failure to State a Claim by MSP Recovery, LLC. Responses due by 10/30/2015 (Attachments: # 1 Exhibit Proposed Order)(Ruiz, John) (Entered: 10/13/2015) |
| 10/14/2015 | 40 | ORDER granting 39 Motion for Extension of Time. Amended Pleadings due by 10/26/2015. Signed by Judge Patricia A. Seitz on 10/13/2015. (cqs) (Entered: 10/14/2015) |
| 10/14/2015 | 41 | ORDER TO SHOW CAUSE Show Cause Response due by 10/23/2015. Signed by Judge Patricia A. Seitz on 10/14/2015. (cqs) (Entered: 10/14/2015) |
| 10/14/2015 | 42 | NOTICE by MSP Recovery, LLC re 41 Order to Show Cause (Ruiz, John) (Entered: 10/14/2015) |
| 10/14/2015 | 43 | NOTICE of Mediator Selection: (for image see DE#42) Frank J Allocca selected. Filed/Added by Allstate Insurance Company, MSP Recovery, LLC, Frank Allocca. (cqs) (Entered: 10/14/2015) |
| 10/14/2015 | 44 | Clerks Notice to Filer re 42 Notice (Other). **Wrong Event Selected**; ERROR - The Filer selected the wrong event. The document was re-docketed by the Clerk, see [de#43]. It is not necessary to refile this document. (cqs) (Entered: 10/14/2015) |
| 10/14/2015 | 45 | NOTICE by MSP Recovery, LLC re 25 Order Referring Case to Mediation *Notice of Filing Order Scheduling Mediation* |

| | | |
|---|---|---|
| | | (Attachments: # 1 Proposed Order) (Ruiz, John) (Entered: 10/14/2015) |
| 10/19/2015 | 46 | ORDER Scheduling Mediation before Frank J Allocca Mediation Hearing set for 1/18/2016 10:00 AM Signed by Judge Patricia A. Seitz on 10/19/2015. (cqs) (Entered: 10/19/2015) |
| 10/23/2015 | 47 | RESPONSE TO ORDER TO SHOW CAUSE re 41 Order to Show Cause by MSP Recovery, LLC. (Quesada, Frank) (Entered: 10/23/2015) |
| 10/28/2015 | 48 | NOTICE of Voluntary Dismissal by MSP Recovery, LLC (Quesada, Frank) (Entered: 10/28/2015) |
| 11/02/2015 | 49 | FINAL ORDER DISMISSING CASE Closing Case. Signed by Judge Patricia A. Seitz on 11/2/2015. (ots)<br><br>**NOTICE: If there are sealed documents in this case, they may be unsealed after 1 year or as directed by Court Order, unless they have been designated to be permanently sealed. See Local Rule 5.4 and Administrative Order 2014-69.** (Entered: 11/02/2015) |