## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
## SOUTHERN DIVISION

| | |
|---|---|
| MAO-MSO RECOVERY II, LLC, *et al.*<br><br>Plaintiffs,<br><br>vs.<br><br>GOVERNMENT EMPLOYEES INSURANCE<br>COMPANY<br><br>Defendant. | Case No. 8:17-cv-00711-PWG<br>Case No. 8:17-cv-00964-PWG<br><br>Hon. Paul W. Grimm |

## | **ORDER**

As per the joint motion of the parties in the above-listed matters and good cause being shown, the joit motion is GRANTED and IT IS ORDERED:

1. The Stipulated Elecrtronically Stored Information ("ESI") Protocol of the parties is hereby entered.

2. That the current trial schedule (No-Fault Dkt. No. 73; Settlement Dkt. No. 57) is vacated and the following new dates are entered.

| Event | Former Date | New Date |
|---|---|---|
| Plaintiffs' Rule 26(a)(2) expert disclosures | 10/12/18 | 2/11/19 |
| Defendants' Rule 26(a)(2) expert disclosures | 12/12/18 | 4/11/19 |
| Plaintiffs' rebuttal Rule 26(a)(2) expert disclosures and provide available dates for expert depositions(s) | 1/11/19 | 5/13/19 |
| Rule 26(e) supplementation of disclosures and responses | 3/15/19 | 7/15/19 |
| Discovery deadline; submission of status report in compliance with §III of this Order | 3/22/19 | 7/22/19 |
| Requests for admission | 3/29/19 | 7/29/19 |

| | | |
|---|---|---|
| Plaintiffs' Rule 23 Motion in Support of Class Certification | 5/29/19 | 9/26/19 |
| Defendant's Rule 23 Opposition to Class Certification | 7/29/19 | 12/9/19 |
| Plaintiffs' Rule 23 Reply in Support of Class Certification | 8/29/19 | 1/10/20 |
| Class Certification Hearing | TBD | TBD |

Date: __10/2__, 2018

Judge Paul W. Grimm
United States District Court for the District of Maryland

2